MARK BRNOVICH
ATTORNEY GENERAL

CLAUDIA ACOSTA COLLINGS (021647)
Assistant Attorney General
416 West Congress, 2nd Floor
Tucson, Arizona 85701-1315
(520) 638-2815 • Fax (520) 628-6050
Claudia.Collings@azag.gov

MICHAEL TRYON (003109)
STEPHANIE ELLIOTT (030872)
Assistant Attorneys General
1275 West Washington
Phoenix, AZ 85007-2926
(602) 542-8355 • Fax (602) 364-2214
Michael.Tryon@azag.gov
Stephanie.Elliott@azag.gov

Attorneys for State Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| MACKENZIE BROWN, | No. CV-17-03536-PHX-GMS |
| Plaintiff, | **JOINT CASE MANAGEMENT REPORT** |
| v. | |
| STATE OF ARIZONA, a body politic; and ARIZONA BOARD OF REGENTS, d/b/a University of Arizona, a constitutionally created body corporate, | |
| Defendants. | |

Pursuant to the Court's Order Setting Scheduling Conference entered on October 10, 2017, the parties have met and submit this Joint Case Management Report.

**1. Attendance.** The Rule 26(f) meeting was attended by counsel for Plaintiff, Isabel M. Humphrey and counsel for Defendant, Michael Tryon and Stephanie Elliott.

**2. Service.** All Defendants have been served and have answered the Complaint.

**3.     Nature of the Case.**  Plaintiff, a student at the University of Arizona, has asserted a federal Title IX claim (sex discrimination in education) and state common-law claims for intentional infliction of emotional distress and for negligence, based on allegations that Defendants failed to take reasonable steps to prevent violent acts against female students by Orlando Bradford, a University of Arizona football player who pled guilty to assaulting Plaintiff in September 2016. Defendants deny all allegations of wrongdoing.

**4.     Jurisdiction:**  The court has original jurisdiction over the Title IX claim under 28 U.S.C. § 1331, and supplemental jurisdiction over the state claims under 28 U.S.C. § 1367.

**5.     Additions and Amendments.**  None currently anticipated.

**6.     Listing of contemplated motions and a statement of the issues to be decided by these motions (including motions under Federal Rules of Evidence 702, 703, 704 and 705).**  At this time, Defendants anticipate filing a Motion for Partial Summary Judgment on Plaintiff's state-law claims due to Plaintiff's failure to comply with Arizona's notice of claim statute, A.R.S. § 12-821.01.  The need for additional motions may become apparent as discovery proceeds.

**7.     Whether this case is suitable for reference to a United States Magistrate Judge for a settlement conference or trial.**  No.

**8.     Related Cases:**  None known to the parties.

**9.     Issues related to preservation, disclosure, or discovery of electronically stored information.**  Defendants do not currently know of any issues related to discovery of ESI; however, they reserve the right to object to specific formal discovery requests.

**10.    Issues relating to claims of privilege or work product.**  None at this time.

**11.    A discussion of whether an order under Federal Rules of Evidence 502(d) is warranted in this case.**  The parties do not anticipate that such an order will be

necessary.

**12.     Mandatory Initial Discovery Responses:** The parties have exchanged and discussed the mandatory initial discovery responses. Both parties find the initial responses sufficient, subject to the obligation to timely supplement the responses as new information is discovered.

**13.     Discussion of necessary discovery:** The parties anticipate that discovery in this case will involve a number of depositions, including but not limited to, Plaintiff, Orlando Bradford, and a 30(b)(6) representative of the University. Depositions may be taken of other witnesses.

The parties do not anticipate that any expansion of the discovery limitations imposed by the Federal Rules of Civil Procedure will be required.

**14.     Discussion of when the parties served their MIDP discovery responses.** The parties exchanged their MIDP discovery responses on November 20, 2017.

**15.     Proposed specific dates:**

a.     Deadline for the completion of fact discovery, which will also be the deadline for final supplementation of discovery responses under the MIDP: **November 2, 2018**.

b.     Dates for full and complete expert disclosures under Federal Rules of Civil Procedure 26(a)(2)(A)-(C): **Plaintiffs: August 3, 2018; Defendants: August 31, 2018; Rebuttal: September 28, 2018**.

c.     Deadline for completion of all expert depositions: **November 16, 2018**.

d.     Date by which the parties will have engaged in face-to-face good faith settlement talks: **October 12, 2018**.

e.     Deadline for filing dispositive motions: **January 18, 2019**.

**16.     Request for Jury Trial:** Both parties have requested a jury trial.

**17.	Settlement:** The parties anticipate that this matter will be appropriate for private mediation in or before October 2018.

**18.	Additional Matters.**  None.

RESPECTFULLY SUBMITTED this 1st day of December, 2017.

          MARK BRNOVICH
          ATTORNEY GENERAL


          s/ Michael Tryon
          Michael Tryon
          Stephanie Elliott
          Claudia Acosta Collings
          Assistant Attorneys General
          *Attorneys for State Defendants*


          HUNTER, HUMPHREY & YAVITZ, PLC


          s/ Isabel M. Humphrey (with permission)
          Randy Yavitz
          Isabel M. Humphrey
          *Attorneys for Plaintiff Mackenzie Brown*


## CERTIFICATE OF SERVICE

I hereby certify that on the December 1, 2017, I electronically transmitted the foregoing documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.


          s/ Michael Tryon

#6632799